IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHLEEN QUINN,<br>*Plaintiff,* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PROGRESSIVE SPECIALITY<br>INSURANCE COMPANY,<br>*Defendant.* | :<br>:<br>: | NO. 18-2091 |

## **ORDER**

**AND NOW,** this 9th day of April 2019, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE

Civ. 2 41.1(b) (3/18)